# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                     Plaintiff,<br>vs.<br><br>Jose Alejandro Rivera (2),<br><br>                                     Defendant. | Case No. 20CR2802-GPC<br><br>JUDGMENT OF DISMISSAL<br><br>**FILED**<br>APR 2 9 2021<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that

\_\_  Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

\_\_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_  the Court has granted the motion of the defendant for a judgment of acquittal; or
\_\_  a jury has been waived, and the Court has found the defendant not guilty; or

\_\_  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Indictment:

Count 1: 21:952, 960 - Importation of Methamphetamine; Count 2: 21:952, 960 – Importation of Heroin; Count 3: 21:952, 960 – Importation of Fentanyl; Count 4: 21:952, 960 – Importation of Cocaine and Aiding and Abetting

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 4/29/2021

_____
Hon. Gonzalo P. Curiel
United States District Judge